Certificate Number: 12433-PAE-DE-033304058

Bankruptcy Case Number: 19-14373


12433-PAE-DE-033304058

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 26, 2019</u>, at <u>10:14</u> o'clock <u>AM EDT</u>, <u>Brenda E. Glover</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>August 26, 2019</u>          By:    <u>/s/Lisa Susoev</u>

                              Name:  <u>Lisa Susoev</u>

                              Title:  <u>Teacher</u>