IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Brenda E. Glover           )   Chapter 13
         Debtor                     )
                                    )   19-14373-MDC
                                    )
                                    )

### ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,250.00 is allowed and the balance in the amount of $4,244.00 shall be paid by the Chapter 13 Trustee to the extent consistent with the terms of the confirmed plan.

March 25, 2020
DATED:                              HONORABLE MAGDELINE D. COLEMAN
                                    CHIEF U.S. BANKRUPTCY JUDGE