United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-14373-mdc
Brenda E Glover                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1           Date Rcvd: Mar 25, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 27, 2020.
db           +Brenda E Glover,   241 N. Gross Street,   Philadelphia, PA 19139-1017

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
          DAVID M. OFFEN    on behalf of Debtor Brenda E Glover dmo160west@gmail.com,
           davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
          KEVIN G. MCDONALD    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 6

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


In Re:   Brenda E. Glover              )   Chapter 13
              Debtor                   )
                                       )   19-14373-MDC
                                       )
                                       )


## ORDER APPROVING COUNSEL FEES


AND NOW, upon consideration of the attached Application for

Approval of Counsel Fees submitted by David M. Offen, Attorney

for the Debtor, and upon notice and certification of no objection

it is hereby ORDERED that:

Counsel fee in the amount of $4,250.00 is allowed and the

balance in the amount of $4,244.00 shall be paid by the Chapter

13 Trustee to the extent consistent with the terms of the

confirmed plan.


March 25, 2020
DATED:                                 _____
                                       HONORABLE MAGDELINE D. COLEMAN
                                       CHIEF U.S. BANKRUPTCY JUDGE