*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Brenda E Glover
    Debtor(s)

Case No: 19−14373−mdc
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED TIME ONLY\*
Motion for Relief from Co−Debtor Stay re: 241 North Gross Street, Philadelphia, PA, 19139, in addition to Motion for Relief from Stay re: 241 North Gross Street, Philadelphia, PA, 19139. Filed by PENNYMAC LOAN SERVICES, LLC Represented by REBECCA ANN SOLARZ (

on: 12/8/20

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 11/13/20

Timothy B. McGrath
Clerk of Court

45 − 43
Form 167