IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                :    CHAPTER 13
                      :
BRENDA E. GLOVER      :    No. 19-14373-MDC
    Debtor

ANSWER TO MOTION OF SPECIALIZED PENNYMAC LOAN SERVICES,LLC
AND CERTIFICATE OF SERVICE

1.  Admitted.

2.  Admitted.

3.  Admitted.

4.  Admitted.

5.  Admitted.

6.  Denied.

7.  Denied. Debtor has been shown the monthlynreceipts for the payments from January 2020 to October 2020.

8.  Denied

9.  No Objection.

10. No response required.

WHEREFORE Debt respectfully requests this Honorable Court deny Movant's Motion for Relief

                              /s/ David M. Offen
                              David M. Offen
                              Attorney for Debtor

Dated: 11/27/2020

A copy of this Answer is being served on Rebecca Solarz, Esquire, and the Chapter 13 Trustee.

                              /s/ David M. Offen
                              David M. Offen
                              Attorney for Debtor