United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 19-14373-mdc
Brenda E Glover Chapter 13
Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: Adminstra Page 1 of 4
Date Rcvd: Dec 11, 2020 Form ID: pdf900 Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brenda E Glover, 241 N. Gross Street, Philadelphia, PA 19139-1017 |
| 14371182 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14355524 | | Amerimart Premiere, Easy Pay Plan, P.O. Box 2845, Monroe, WI 53566-8045 |
| 14355525 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14355526 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 14378393 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14355528 | + | Citibank, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14355529 | + | Citibank/Sunoco, Citibank Corp/Centralized Bankruptcy, Po Box 6407, Sioux Falls, SD 57117-6407 |
| 14355530 | + | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14355538 | + | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14367354 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14355540 | + | Kohls/Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14355542 | + | Michael J. Dougherty, Esq., 170 S. Independence Mall West, Suite 874 West, Philadelphia, PA 19106-3323 |
| 14392011 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14370618 | + | PennyMac Loan Services, LLC, c/o Kevin G. McDonald, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14355543 | + | Pennymac Loan Services, Correspondence Unit/Bankruptcy, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14390836 | + | Philadelphia Gas Works, 800 W Montgomery Avenue, Philadelphia Pa 19122-2898, Attn : Bankruptcy Dept 3F |
| 14355544 | + | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14360436 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14355552 | + | TD Bank USA/Target Credit, PO Box 673, Minneapolis, MN 55440-0673 |
| 14355554 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy Dept, Po Box 8026, Cedar Rapids, IA 52409 |
| 14355553 | + | Tnb-Visa (TV) / Target, C/O Financial & Retail Services, Mailstop BV PO Box 9475, Minneapolis, MN 55440-9475 |
| 14361213 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14378500 | + | Toyota Motor Credit Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14378744 | + | Toyota Motor Credit Corporation, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 12 2020 03:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2020 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 12 2020 03:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:40:39 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| | | | | |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 14363277 | | Email/Text: Bankruptcy@absoluteresolutions.com | Dec 12 2020 03:12:00 | Absolute Resolutions Investments, LLC, c/o Absolute Resolutions Corporation, 8000 Norman Center Drive, Suite 350, Bloomington, MN 55437 |
| 14374149 | + | Email/Text: bankruptcy@sccompanies.com | Dec 12 2020 03:12:00 | Amerimark, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14355531 | | Email/Text: megan.harper@phila.gov | Dec 12 2020 03:14:00 | City of Philadelphia, Law Dept Tax Unit, Bankruptcy Group MSB, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14417988 | | Email/Text: megan.harper@phila.gov | Dec 12 2020 03:14:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14355533 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2020 03:13:00 | Comenity Bank/Kingsize, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14355532 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2020 03:13:00 | Comenity Bank/kingsi, Attn: Bankuptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14355534 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2020 03:13:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14355535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 12 2020 03:13:00 | Comenitycapital/tytard, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14355536 | | Email/Text: mrdiscen@discover.com | Dec 12 2020 03:13:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14359145 | | Email/Text: mrdiscen@discover.com | Dec 12 2020 03:13:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14355537 | + | Email/Text: bnc-bluestem@quantum3group.com | Dec 12 2020 03:14:00 | Fingerhut, Attn: Bankruptcy, Po Box 1250, Saint Cloud, MN 56395-1250 |
| 14355539 | | Email/Text: paparalegals@pandf.us | Dec 12 2020 03:15:00 | Gregg L. Morris, Esq., 501 Corporate Drive Southpointe Center, Suite 205, Canonsburg, PA 15317 |
| 14355527 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 12 2020 03:46:25 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14359364 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2020 03:34:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14355541 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2020 03:40:53 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14389442 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2020 03:33:57 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14377171 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 12 2020 03:14:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14387532 | | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2020 03:13:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14387531 | | Email/Text: bnc-quantum@quantum3group.com | Dec 12 2020 03:13:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14355546 | | Email/Text: bankruptcy@sccompanies.com | Dec 12 2020 03:12:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 14355548 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:46:24 | Syncb/PLCC, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14355547 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:40:39 | Syncb/citgo, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14355549 | | Email/PDF: gecsedi@recoverycorp.com | | |

| | | | |
|---|---|---|---|
| | | Dec 12 2020 03:40:39 | Synchrony Bank, P.O. Box 965004, Orlando, FL 32896-5004 |
| 14357055 | + Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:40:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |
| 14356271 | + Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:33:53 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14355550 | + Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:40:40 | Synchrony Bank/Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 14355551 | + Email/PDF: gecsedi@recoverycorp.com | Dec 12 2020 03:40:41 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14364504 | + Email/Text: bncmail@w-legal.com | Dec 12 2020 03:14:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14355555 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 12 2020 03:12:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14355545 | *+ | Police & Fire Federal CU, Attn: Bankruptcy Dept, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14379145 | *+ | Toyota Motor Credit Corporation, c/o Rebecca A. Solarz, Esq., KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2020 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Debtor Brenda E Glover dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | |

| | |
|---|---|
| | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
BRENDA E GLOVER

**Chapter 13**

**Debtor**

**Bankruptcy No.** 19-14373-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

December 10, 2020

Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-

Debtor:
BRENDA E GLOVER

241 N. GROSS STREET

PHILADELPHIA, PA 19139-