**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:**<br><br>**MARTIN J. FRANKENFIELD, III,**<br><br>Debtor | **Chapter 13 Bankruptcy**<br><br>**Bankruptcy No. 16-12915 PMM** |

## CERTIFICATE OF SERVICE

I, Alyssa J. Merkey, of Hartman, Valeriano, Magovern & Lutz, P.C., certify that a true and correct copy of the Notice of Motion, Response Deadline and Hearing Date, Debtor's Motion to Modify Plan Post-Confirmation Pursuant to 11 U.S.C. 1329 and Third Amended Chapter 13 Plan were served upon the addresses listed below, all creditors and parties in interest by way of electronic means on November 5, 2020 and/or via first class mail on November 6, 2020:

UNITED STATES TRUSTEE - USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13) - ECFMail@ReadingCh13.com

LISA MARIE CIOTTI on behalf of Trustee FREDERICK L. REIGLE - ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

DENISE ELIZABETH CARLON on behalf of Creditor Lakeview Loan Servicing, LLC - bkgroup@kmllawgroup.com

WILLIAM EDWARD CRAIG on behalf of Creditor Credit Acceptance Corporation - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

WILLIAM EDWARD CRAIG on behalf of Creditor Santander Consumer USA Inc. - ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

JOSHUA I. GOLDMAN on behalf of Creditor Lakeview Loan Servicing, LLC - Josh.Goldman@padgettlawgroup.com, kevin.shatley@padgettlawgroup.com

THOMAS I. PULEO on behalf of Creditor Lakeview Loan Servicing, LLC - tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) - ecfmail@readingch13.com

REBECCA ANN SOLARZ on behalf of Creditor Lakeview Loan Servicing, LLC - bkgroup@kmllawgroup.com

Martin J. Frankenfield, III
2104 Freemansburg Avenue
Easton, PA  18042

                                        **Hartman, Valeriano, Magovern & Lutz, P.C.**

                      By:    */s/ Alyssa J. Merkey*
                             1025 Berkshire Blvd., Suite 700
                             Wyomissing, PA  19610
                             610-779-0772

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 16-12915-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Fri Nov  6 14:55:51 EST 2020 | Credit Acceptance Corporation<br>25505 West Twelve Mile Rd<br>PO Box 513<br>Southfield, MI 48037-0513 | Educational Credit Management Corporation<br>P.O. Box 16408<br>St. Paul, MN 55116-0408 |
| Santander Consumer USA Inc.<br>P.O. Box 562088, Suite 900 North<br>Dallas, TX 75356-2088 | United States Trustee<br>Office of the U.S. Trustee<br>200 Chestnut Street<br>Suite 502<br>Philadelphia, PA 19106-2908 | Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 |
| Credit Acceptance<br>25505 West Twelve Mile Rd<br>Suite 3000<br>Southfield MI 48034-8331 | Credit Acceptance<br>POB 551888<br>Detroit, MI 48255-1888 | George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, P.C<br>1025 Berkshire Blvd., Suite 700<br>Wyomissing, PA 19610-1284 |
| George M. Lutz, Esquire<br>Hartman, Valeriano, Magovern & Lutz, P.C<br>1100 Berkshire Blvd., Suite 301<br>Wyomissing, PA 19610-1292 | Lakeview Loan Servicing, LLC<br>4425 Ponce De Leon<br>Mail Stop MS5/251<br>Miami, FL 33146-1873 | Lakeview Loan Servicing, LLC<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 |
| Lakeview Loan Servicing, LLC<br>c/o KML Law Group, PC<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1541 | Lakeview Loan Servicing, LLC<br>c/o M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | (p)M&T BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 |
| PA HIGHER EDU/AES<br>POB 61017<br>Harrisburg, PA 17106-1017 | REGIONAL ACCEPTANCE CORP<br>1424 E FIRE TOWER RD<br>GREENVILLE, NC 27858-4105 | Regional Acceptance Corporation<br>PO Box 1847<br>Wilson, NC 27894-1847 |
| Santander Consumer USA<br>8585 N STEMMONS FWY<br>STE 1000<br>Dallas, TX 75247-3800 | Santander Consumer USA, Inc.<br>P.O. Box 961245<br>Fort Worth TX 76161-0244 | Suntrust<br>PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 |
| Tek Collect<br>P.O. Box 1269<br>Columbus, OH 43216-1269 | Wells Fargo Bank<br>PO Box 5058 MAC P6053-021<br>Portland, OR 97208-5058 | GEORGE M. LUTZ<br>Hartman, Valeriano, Magovern, Lutz, PC<br>1025 Berkshire Blvd.<br>Suite 700<br>P.O. Box 5828<br>Wyomissing, PA 19610-5828 |
| Martin J. Frankenfield III<br>2104 Freemansburg Avenue<br>Easton, PA 18042-5312 | SCOTT F. WATERMAN (Chapter 13)<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

M & T Bank
PO BOX 900
Millsboro, DE  19966


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing, LLC          (d)Credit Acceptance Corporation          (d)Educational Credit Management Corporation
                                         25505 West Twelve Mile Rd                 P.O. Box 16408
                                         PO Box 513                                St. Paul, MN 55116-0408
                                         Southfield, MI 48037-0513


(d)Santander Consumer USA Inc.           (d)Santander Consumer USA, Inc.           End of Label Matrix
P.O. Box 562088, Suite 900 North         PO Box 961245                             Mailable recipients    25
Dallas, TX 75356-2088                    Fort Worth, TX 76161-0244                 Bypassed recipients     5
                                                                                   Total                  30